NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DANIEL JAMAR BROWN, DOC #R53553,  )
                                   )
    Appellant,                     )
                                   )
v.                                 )    Case No. 2D18-1554
                                   )
STATE OF FLORIDA,                  )
                                   )
    Appellee.                      )
_____)

Opinion filed April 24, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County, Frank Quesada, Judge.

Daniel Jamar Brown, pro se.


PER CURIAM.


        Affirmed.


SILBERMAN, SLEET, and BADALAMENTI, JJ., Concur.